FILED: May 28, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1596
(6:19-cv-00007-NKM-RSB)

_____

CHRISTINE M. OWEN

        Plaintiff - Appellant

v.

LIBERTY UNIVERSITY; NICOLE M. DILELLA, both individually and in her official capacity as Liberty University CES faculty/professor; MARY DEACON, both individually and in her official capacity as Liberty University CES faculty and CACREP liaison; DENISE DANIEL, both individually and in her official capacity as Liberty University CES faculty/professor; ELIAS MOITINHO, both individually and in his official capacity as Liberty University CES faculty; ERIC CAMDEN

        Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Lynchburg |
| Originating Case Number | 6:19-cv-00007-NKM-RSB |
| Date notice of appeal filed in originating court: | 05/26/2020 |
| Appellant(s) | Christine Owen |
| Appellate Case Number | 20-1596 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |